**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | Court File No. 08-45257 |
| Debtors. | |
| | Court File Nos.: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases<br>Judge Gregory F. Kishel |

Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtor Petters Company, Inc.

Plaintiff,

vs.                                                                ADV. NO. 10-04261

Daniel L. Gelb and Plaza I, Inc.,

Defendants.

**NOTICE OF MEDIATION AND REQUEST FOR REFERRAL TO MEDIATION**

TO: Defendants Daniel L. Gelb and Plaza I, Inc. and their counsel Joseph Dicker, Joseph W. Dicker, P.A., 1406 West Lake Street, Suite 209, Minneapolis, MN 55408

Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Petters Company, Inc., by and through his legal counsel, Lindquist & Vennum P.L.L.P., submits this Notice of Mediation and Request for Referral to Mediation.

Pursuant to Part 2(D)(iv) of the Court's January 21, 2011 Order Authorizing and Approving Case Management Procedures (the "Procedures Order"), the Trustee designates this Adversary Proceeding as a Mediation Case. Defendants have not elected to proceed with private mediation pursuant to Part 2(D)(iii) of the Procedures Order. The Trustee requests the Court refer this Mediation Case to another bankruptcy judge to serve as the mediator pursuant to Part 2(D)(iv) of the Procedures Order.

DATED: March 18, 2011                                   LINDQUIST & VENNUM P.L.L.P.

By:  /e/ Sandra Smalley-Fleming
George H. Singer (0262043)
Sandra Smalley-Fleming (0296983)
Jeffrey D. Smith (0387035)

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)
www.lindquist.com

**ATTORNEYS FOR
DOUGLAS A. KELLEY
CHAPTER 11 TRUSTEE OF
PETTERS COMPANY, INC.**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | Court File No. 08-45257 |
| Debtors. | |
| | Court File Nos.: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

Douglas A. Kelley, in his capacity as the
court-appointed Chapter 11 Trustee of
Debtor Petters Company, Inc.

Plaintiff,

vs.                                                                                      ADV. NO. 10-04261

Daniel L. Gelb and Plaza I, Inc.,

Defendants.

### CERTIFICATE OF SERVICE

Brenda Haberman, of the City of Golden Valley, County of Hennepin, State of Minnesota, states that on March 18, 2011 she served the following document:

3

DOCS-#3427633-V1

      Notice of Mediation and Request for Referral to Mediation upon:

Joseph W. Dicker
joe@joedickerlaw.com

by filing the same via ECF with the Bankruptcy Court in the District of Minnesota.

                                               /e/ Brenda Haberman
                                               Brenda Haberman

DOCS-#3427633-V1