UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Petters Company, Inc., et al.,     Court File No. 08-45257

        Debtors,

Court File Nos.:

(includes:
| | |
|---|---|
| Petters Group Worldwide, LLC; | 08-45258 (GJK) |
| PC Funding, LLC; | 08-45326 (GJK) |
| Thousand Lakes, LLC; | 08-45327 (GJK) |
| SPF Funding, LLC; | 08-45328 (GJK) |
| PL Ltd., Inc.; | 08-45329 (GJK) |
| Edge One LLC; | 08-45330 (GJK) |
| MGC Finance, Inc.; | 08-45331 (GJK) |
| PAC Funding, LLC | 08-45371 (GJK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GJK) |

Chapter 11 Cases
Judge Gregory F. Kishel

Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtor Petters Company, Inc.,

        Plaintiff,     ADV No. 10-04261

vs.

Daniel L. Gelb and Plaza I, Inc.,

        Defendant.

NOTICE OF REQUEST FOR EARLY MEDIATION

TO: The Honorable Gregory F. Kishel, Chief Judge of United States Bankruptcy Court, the Clerk of United States Bankruptcy Court and all parties-in-interest.

PLEASE TAKE NOTICE, that Daniel L. Gelb and Plaza I, Inc., defendants in the matter of Douglas A. Kelly v. Daniel Gelb and Plaza I, Inc., ADV No. 10-04261, hereby request early mediation in accordance with this court's order dated October 11, 2013.

Respectfully submitted,

**Joseph W. Dicker, P.A.**

Dated:  November 7, 2013                  /e/ Joseph W. Dicker
                                          Joseph W. Dicker (158264)
                                          Suite 209
                                          1406 West Lake Street
                                          Minneapolis, MN  55408
                                          Telephone:  (612) 827-5941

                                          **Attorney for Defendants**