**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | |
| Debtors. | Chapter 11 Cases<br>Judge Gregory F. Kishel |
| includes:<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc. | 08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK) |

Douglas A. Kelley, in his capacity as the
court-appointed Chapter 11 Trustee of
Debtor Petters Company, Inc.

       Plaintiff,

vs.                                                                                                 ADV. NO. 10-04261

Daniel L. Gelb, and
Plaza I, Inc.,

       Defendants.

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure and the Settlement Agreement entered into by and between the Trustee and Defendants approved by the Court by an order entered on August 26, 2014 [No. 08-45257, Dkt. 2441], the parties, by and through their respective counsel, hereby dismiss this action with prejudice. Each party will bear its own costs, disbursements, and attorneys' fees.

Pursuant to Local Rule 9011-4(f), the parties authorize the filing of this stipulation using their respective electronic signatures.

DATED: April 5, 2016  **LINDQUIST & VENNUM LLP**

By: /e/ George H. Singer
George H. Singer (#0262043)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Phone: (612) 371-3211
Fax: (612) 371-3207
Email: gsinger@lindquist.com

*Attorneys for Douglas A. Kelley, Chapter 11 Trustee*

DATED: April 5, 2016  **JOSEPH W. DICKER, PA**

By: /e/ Joseph W. Dicker
Joseph W. Dicker (#0158264)
1406 West Lake Street
Suite 209
Minneapolis, MN 55408
(612) 827-5941
joe@joedickerlaw.com

*Attorneys for Defendants*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | |
| Debtors. | Chapter 11 Cases<br>Judge Gregory F. Kishel |
| includes: | 08-45258 (GFK) |
| Petters Group Worldwide, LLC; | 08-45326 (GFK) |
| PC Funding, LLC; | 08-45327 (GFK) |
| Thousand Lakes, LLC; | 08-45328 (GFK) |
| SPF Funding, LLC; | 08-45329 (GFK) |
| PL Ltd., Inc.; | 08-45330 (GFK) |
| Edge One LLC; | 08-45331 (GFK) |
| MGC Finance, Inc.; | 08-45371 (GFK) |
| PAC Funding, LLC; | 08-45392 (GFK) |
| Palm Beach Finance Holdings, Inc. | |

Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtor Petters Company, Inc.

      Plaintiff,

vs.    ADV. NO. 10-04261

Daniel L. Gelb, and
Plaza I, Inc.,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the Stipulation of Voluntary Dismissal With Prejudice filed by the parties on April 5, 2016,

IT IS ORDERED that this action is dismissed with prejudice, without costs or disbursements to any party.

Dated: _____    _____
                                                                       Gregory F. Kishel
                                                                       Chief United States Bankruptcy Judge