# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | |
| Debtors. | Chapter 11 Cases<br>Judge Gregory F. Kishel |
| includes: | 08-45258 (GFK) |
| Petters Group Worldwide, LLC; | 08-45326 (GFK) |
| PC Funding, LLC; | 08-45327 (GFK) |
| Thousand Lakes, LLC; | 08-45328 (GFK) |
| SPF Funding, LLC; | 08-45329 (GFK) |
| PL Ltd., Inc.; | 08-45330 (GFK) |
| Edge One LLC; | 08-45331 (GFK) |
| MGC Finance, Inc.; | 08-45371 (GFK) |
| PAC Funding, LLC; | 08-45392 (GFK) |
| Palm Beach Finance Holdings, Inc. | |

Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtor Petters Company, Inc.

   Plaintiff,

vs.                     ADV. NO. 10-04261

Daniel L. Gelb, and
Plaza I, Inc.,

   Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

  Based upon the Stipulation of Voluntary Dismissal With Prejudice filed by the parties on April 5, 2016,

  IT IS ORDERED that this adversary proceeding is dismissed with prejudice, without costs or disbursements to any party.

                     */e/ Gregory F. Kishel*

Dated: *April 05, 2016*      _____
                    Gregory F. Kishel
                    Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/05/2016*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk